**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 OSCAR LEONEL GARCIA,

       Petitioner,      20 **CIVIL** 1345 (LJL)

   -against-           **JUDGMENT**

THOMAS DECKER, *in his official capacity as Field Office Director, New York City Field Office, U.S. Immigration and Customs Enforcement*,

CHAD WOLF, *in his official capacity as Acting Secretary of the U.S. Department of Homeland Security*,

WILLIAM BARR, *in his official capacity as Attorney*: *General, U.S. Department of Justice*,
:
       Respondents.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 24, 2020, and on the record on March 13, 2020, the petition for a writ of habeas corpus is granted.

**DATED:** New York, New York
     March 26, 2020

                   **RUBY J. KRAJICK**
                   _____
                   **Clerk of Court**
           **BY:**
               _____
                   **Deputy Clerk**